FILED
JUL 1 3 2006
GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOBBY J. EDDINS, JR. and AMY R. EDDINS, | ) ) ) | BK NO. 06-10761-NLJ (Chapter 13) |
| | ) | |
| Debtors. | ) | |

## OBJECTION TO MOTION TO DETERMINE VALUES

Tinker Federal Credit Union ("TFCU") hereby objects to the Plan proposed by the Chapter 13 Debtor and objects to Debtor's Motion to determine value and moves to determine values as set forth below and would show the Court as follows:

1. The Plan is not feasible.

2. TFCU objects to the treatment of its secured claims under the Plan and states the same may not be modified by the plan.

3. The Plan does not specify an appropriate interest rate.

4. The Plan does not correctly state the values of the collateral.

TFCU and hereby moves that the Court determine the value of its collateral as set forth below, in the amounts as set forth below:

| Collateral Description | Fair Market Value |
|---|---|
| 2003 Dodge | $14,750.00 |
| 2000 Chrysler Sebring | $7,925.00 |

**WHEREFORE**, TFCU prays that the Court deny confirmation of Debtors' Chapter 13 Plan and Motion to determine value.

Respectfully submitted,

WILLIAMS, BOREN & ASSOCIATES, P.C.
ATTORNEYS
401 North Hudson, Suite 200
Oklahoma City, OK 73102-3433
(405) 232-5220
(405) 232-1963 Fax

_____
BART A. BOREN, OBA #970
Attorneys for TFCU

## CERTIFICATE OF MAILING

     This is to certify that on the date this pleading was filed with the court clerk, a true and correct copy of the above and foregoing was mailed, postage paid, to:

Bobby J. Eddins, Jr.
4901 Smoking Oaks Drive
Yukon, Oklahoma 73099
DEBTOR

Gabriel Rivera
RIVERA & PAPPAS
201 N. Broadway, Suite 102
Moore, Oklahoma 73160
DEBTOR'S ATTORNEY

John T. Hardeman
Post Office Box 1948
Oklahoma City, Oklahoma 73101
TRUSTEE

 and, all other persons who have previously filed an Entry of Appearance and Request for Notices herein including, but not limited to, those persons listed on the matrix on file herein.

_____
Bart A. Boren

2