

IN THE UNTIED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: BOBBY J. EDDINS, JR.<br>AMY R. EDDINS<br><br>Debtor | Case No. 06-10761 NLJ<br><br>Chapter 13 |

### DEBTOR'S WITNESS AND EXHIBIT LIST

PLEASE TAKE NOTICE that the debtor's, Bobby and Amy Eddins, intend to call the following witness and produce the listed documents at the valuation hearing that is currently scheduled for August 8, 2006 at 9:45 a.m. before the honorable Niles L. Jackson and his second floor court room, old post office and courthouse, 215 Dean A. McGee, Oklahoma city, Oklahoma 73101:

### POTENTIAL WITNESSES

| Name | Address and Phone | Position | Exp. Tes. |
|---|---|---|---|
| Amy Eddins | 4901 Smoking Oaks Dr. | Debtor | Condition of vech. and, estimates of repairs. |
| Michael Hale | 1200 E State HWY 152 | Car Salesman | FMB of vehicles |

Any witness called by Tinker Federal Credit Union

### POTENTIAL EXHIBITS

Items
NADA values for 2003 Dodge Durango
NADA values for 2000 Chrysler
Prior damage estimate from Ultimate Collision
Repair estimate from Ranchwood Autoworks
Photographs from Debtor
Any exhibit used by Tinker Federal Credit Union

Respectfully Submitted

Gabriel Rivera, OBA #14454
201 N. Broadway, Ste. 109
Moore, OK 73160